## MASON v, NEFF ET AL

[No. 8,952. Filed February 23, 1916.]

From Pulaski Circuit Court; Francis J. Vurpillat, Judge.

W. Masson, for appellant.
Eugene C. Miller, for appellee.

From the Pulaski Circuit Court.

·PER CURIAM.—Judgment affirmed.